UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ronald Peter Kotschevar,

Plaintiff,

vs.

Tyron Warren, in both his individual and official capacities as a police officer and as the Chief of Police of the Cities of Callaway and Ogema; and the Cities of Callaway and Ogema,

Defendants.

Case No. 01-CV-341 (JRT/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that plaintiff hereby dismisses all claims against Tyron Warren, in both his individual and official capacities as the Chief of Police of the Cities of Callaway and Ogema, and all claims against the Cities of Callaway and Ogema or any employee for the Cities of Callaway and Ogema as a result of the incident and allegations and damages alleged in Plaintiff's Complaint. The consideration for this dismissal is zero dollars, with the agreement by Tyron Warren and the Cities of Callaway and Ogema not to tax costs against plaintiff, or otherwise seek recovery for any attorney's fees, or expenses incurred in connection with this matter.

Plaintiff, Ronald Peter Kotschevar, affirmatively consents to this dismissal on the terms set forth above. Plaintiff acknowledges he has been fully advised of the merits of this matter by his attorneys and requests the Court to sign the attached Order. Therefore,

FILED __________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD __________
DEPUTY CLERK __________

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that the claims against Tyron Warren in his individual capacity and any potential claim against the Cities of Callaway and Ogema or any of its employees may be, and hereby are, dismissed on their merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

FLYNN, GASKINS & BENNETT

Dated: 1/14/02.

By: Robert Bennett

Robert Bennett, I.D. #6713
Eric Hageman, I.D. #258180
Attorneys for Plaintiff
333 South 7th Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

Dated: 1/11/02.

IVERSON REUVERS, LLC

By: [signature]

Jon K. Iverson, I.D. #146389
Kafi E. Cohn, I.D. #030251X
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 28th day of January, 2002.

BY THE COURT:

Judge John R. Tunheim

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE John R. Tunheim, one of the Judges of this Court, this 28th day of January, 2002.

BY THE COURT:

RICHARD D. SLETTEN

Clerk of District Court